_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-01298-JLS (KES)                                         Date: April 8, 2020

Title:  Terry Sonneveldt et al v. Mazda Motor of America, Inc., et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) SCHEDULING ORDER**

The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 66.)  The Scheduling Conference set for hearing April 17, 2020, is VACATED, and the following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.

Below, the Court sets a Rule 23 class certification briefing schedule.  The reports of experts who will offer opinions related to issues of class certification shall be disclosed no later than the filing of the motion (Plaintiff) and the opposition brief (Defendants).  The Court acknowledges but does not grant Defendant's request to set a fact discovery deadline prior to the class certification motion deadline.  (*See* Jt. Rpt. Ex. A n.1.)

Except for the motion for class certification, counsel shall notice all hearings for the first available motions date at the time of the filing of the motion, and the deadlines for opposition and reply briefs shall be in accordance with Local Rule 7-9 and 7-10.  (See <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; see also Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

The motion for class certification shall be noticed for hearing on the first available motions hearing date at the time of the filing of the motion, but no earlier than April 16, 2021.

The dates and deadlines set forth below will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-01298-JLS (KES)                                     Date: April 8, 2020

Title:  Terry Sonneveldt et al v. Mazda Motor of America, Inc., et al.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **June 16, 2020** |
| Fact Discovery Cutoff: | **October 8, 2021** |
| Last Day to File a Motion for Class Certification: | **December 21, 2020** |
| Last Day to File Opposition to Motion for Class Certification: | **February 8, 2021** |
| Later Day to File Reply in Support of Motion for Class Certification: | **March 29, 2021** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **October 22, 2021** |
| Last Day to Serve Initial Expert Reports: | **October 22, 2021** |
| Last Day to Serve Rebuttal Expert Reports: | **November 19, 2021** |
| Last Day to Conduct Settlement Proceedings: | **December 10, 2021** |
| Expert Discovery Cutoff: | **December 17, 2021** |
| Last Day to File Daubert Motions: | **December 24, 2021** |
| Last Day to File Other Motions in Limine (Excluding Daubert Motions): | **January 14, 2022** |
| Final Pretrial Conference (10:30 a.m.): | **February 11, 2022** |
| Preliminary Trial Estimate:[1] | |

**IT IS SO ORDERED.**

                                                                                  Initials of Preparer:  tg

_____
[1] Despite the Court's clear directive to do so (*see* Order Setting Scheduling Conference at 4), the parties declined to provide a preliminary trial estimate.

_____