Michael L. Mallow (SBN 188745)
mmallow@shb.com
Darlene M. Cho (SBN 251167)
dcho@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Attorneys for Defendant
Mazda Motor Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SONNEVELDT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS and MAZDA MOTOR CORPORATION, <br><br> Defendants. | Case No. 8:19-cv-01298-JLS-KES <br> Assigned to Hon. Josephine L. Staton <br><br> **MAZDA MOTOR CORPORATION'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) [Doc. 57]** <br><br> Complaint Filed: June 28, 2019 |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL HEREIN:

**PLEASE TAKE NOTICE THAT** Mazda Motor Corporation ("MC") hereby withdraws its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) filed in this action on Dec. 9, 2019 (Doc. 57) and agrees to submit to the personal jurisdiction of this Court for the purposes of this lawsuit only.

Dated: August 12, 2020

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael L. Mallow*

Michael L. Mallow

Attorneys for Defendant
Mazda Motor Corporation