Paul R. Kiesel, State Bar No. 119854
   kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
   koncius@kiesel.law
Cherisse H. Cleofe, State Bar No. 290152
   cleofe@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

Attorneys for Plaintiffs and the Proposed Classes

*(Additional Attorneys Listed on Signature Page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SONNEVELDT, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>  vs.<br><br>MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICAN OPERATIONS, et al.,<br><br>            Defendants. | Case No. 8:19-cv-01298-JLS-KES<br><br>**Discovery Document: Referred to Magistrate Judge Karen E. Scott**<br><br>**CLASS ACTION**<br><br>**REQUEST FOR IMMEDIATE CONFERENCE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs seek the immediate assistance of this Court regarding the pace of discovery and the ability of Plaintiffs to meet deadlines previously set by the Court. As it currently stands, Plaintiffs are to file their Motion for Class Certification by June 4, 2021, and to achieve that goal Defendants have committed to producing documents by January 31, 2021. However, as this Court is well aware, for production to occur the parties need to agree on custodians, search terms, and an initial run and review, none of which has happened through no fault of Plaintiffs. Despite this Court's welcome intervention along the way, Defendants have yet to do anything substantively on those fronts as explained in more detail below. For this reason, Plaintiffs request an immediate conference to set firm deadlines for those action items to occur.

On August 27, 2020, the parties filed their Joint Stipulation to Extend Deadline for Filing of Class Certification Motion and Briefing on that Motion, Only [ECF No. 151] ("Joint Stipulation"). Given that Defendant Mazda Motor Corporation ("MC") had not yet responded to Plaintiffs' discovery requests and Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("MNAO") had only just begun producing documents responsive to Plaintiffs' discovery requests, the parties stipulated to the continuance of class certification motion deadline from December 21, 2020, to June 4, 2021. In addition, MC reaffirmed its commitment pursuant to the parties' July 25, 2019 Service Agreement to contemporaneously produce documents with the service of its written responses to Plaintiffs' document requests. *Id*. at ¶11. MC also acknowledged that "Plaintiffs will be unable to conduct informed and meaningful depositions of MC prior to their receipt and review of MC's document production," and further agreed to complete its document production, including the production of electronically stored information ("ESI"), by January 31, 2021. *Id*. at

1  ¶¶12-13. The Joint Stipulation was approved and entered by the Court on
2  September 8, 2020. ECF No. 152.
3      Despite the Joint Stipulation, and commitment to contemporaneously
4  produce documents with the service of its written responses to Plaintiffs' document
5  requests, MC has not produced a single document in response to Plaintiffs' merits
6  discovery requests – even though it served its written responses on November 10,
7  2020 – and has wholly failed to comply with its obligations under the parties'
8  stipulated protocol regarding the discovery of ESI [ECF No. 162] ("ESI Protocol")
9  to identify custodians, search terms, and sources. In addition, MNAO has only
10 produced 287 documents to date – two additional documents since the Joint
11 Stipulation was filed – and has failed to provide Plaintiffs with the necessary
12 information regarding its custodial and noncustodial sources, as well as the hit
13 reports for the search terms to be run across those sources in order to identify ESI
14 responsive to Plaintiffs' discovery requests.
15     On December 3, 2020, Plaintiffs sent Defendants a detailed correspondence
16 addressing their concern with the current status of Defendants' document
17 production – particularly given MC's January 31, 2020 deadline to complete its
18 document production and the 90-day return date afforded by the Service
19 Agreement – as well as a number of outstanding discovery issues that are
20 preventing Plaintiffs from moving forward with their case. To date, Defendants
21 have wholly failed to respond to that correspondence or otherwise address the
22 various discovery issues identified therein.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

REQUEST FOR IMMEDIATE CONFERENCE

Accordingly, Plaintiffs respectfully request that the Court schedule a status conference to enforce compliance with the ESI Protocol, the requirement under Federal Rule of Civil Procedure 34(b)(2)(B) that document production must be completed no later than the time specified in the request or another reasonable time specified in the response, and the agreements of the Parties.

DATED: December 10, 2020     Respectfully submitted,

**KIESEL LAW LLP**


    */s/ Jeffrey A. Koncius*
Paul R. Kiesel
Jeffrey A Koncius
Cherisse H. Cleofe

Joseph H. Meltzer
Melissa L. Troutner
Tyler S. Graden
Natalie Lesser
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.:     (610) 667-7706
Fax:     (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
tgraden@ktmc.com
nlesser@ktmc.com

Jason H. Alperstein
Christopher C. Gold
**ROBBINS GELLER**
  **RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel.:     (561) 750-3000
Fax:     (561) 750-3364
jalperstein@rgrdlaw.com

3
REQUEST FOR IMMEDIATE CONFERENCE

cgold@rgrdlaw.com

E. Powell Miller
Sharon S. Almonrode
**THE MILLER LAW FIRM, P.C.**
Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307
Tel.:  (248) 841-2200
Fax:  (248) 652-2852
epm@miller.law
ssa@miller.law

John C. Goodson
Matt Keil
**KEIL & GOODSON P.A.**
406 Walnut Street
Texarkana, Arkansas 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
jgoodson@kglawfirm.com
mkeil@kglawfirm.com

Robert H. Edwards
**THE EDWARDS FIRM, P.L.L.C.**
711 West Third Street
Little Rock, AR 72201
Tel.: (501) 372-1329

*Attorneys for Plaintiffs and the Proposed Classes*