1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Darlene M. Cho (SBN 251167)
   dcho@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
4  Los Angeles, CA 90067
   Telephone:   (424) 285-8330
5  Facsimile:    (424) 204-9093

6
   Attorneys for Defendants
7  Mazda Motor of America, Inc.
   d/b/a Mazda North American Operations
8  and Mazda Motor Corporation

9
                **UNITED STATES DISTRICT COURT**
10
                **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  TERRY SONNEVELDT et al., on behalf of themselves and all others similarly situated, | **Case No. 8:19-cv-01298-JLS-KES** |
| 13 | **JOINT STIPULATION FOR ORDER EXTENDING REMAINING DATES IN SCHEDULING ORDER BY TWO WEEKS, INCLUDING JULY 26, 2022 DEADLINE FOR DISPOSITIVE MOTIONS AND INITIAL MERITS EXPERT REPORTS** |
| 14                         Plaintiffs, | |
| 15        vs. | |
| 16  MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICAN OPERATIONS et al., | |
| 17                         Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

Defendants Mazda Motor of America, Inc. ("MNAO") and Mazda Motor Corporation ("MC") (collectively, "Defendants" or "Mazda"), with the consent of Plaintiffs Terry Sonneveldt, Esther Wright Schneider, Brian Hume, Jean Levasseur, Christopher Lacasse, Beth Pickerd, Dan Pickerd, Tim Halwas, Erin Matheny, Lewis Delvecchio, Jon Sowards, Lawrence Bohana, Monika Bohana, David Dennis, and Jaqueline S. Aslan ("Plaintiffs"), through their counsel, respectfully submit the following Joint Stipulation for an Order Extending All Remaining Dates in the Scheduling Order By Two Weeks.

This Stipulation is made with reference to the following facts:

1.      Pursuant to the Court's November 18, 2021 Order (Dkt. No. 294), the following deadlines and schedule apply in this action:

| | |
|---|---|
| Last Day to File Dispositive Motions (Excluding Daubert Motions and all other Motions in Limine): | July 26, 2022 |
| Last Day to Serve Initial Merits Expert Reports: | July 26, 2022 |
| Last Day to Serve Rebuttal Merits Expert Reports: | Aug. 26, 2022 |
| Last Day to Conduct Settlement Proceedings: | Sept. 15, 2022 |
| Expert Discovery Cutoff: | Sept. 22, 2022 |
| Last Day to File Daubert Motions: * This deadline does not preclude the parties from filing Daubert motions earlier. | Sept. 29, 2022 |
| Last Day to File Other Motions in Limine (other than Daubert Motions) | Oct. 21, 2022 |
| Final Pretrial Conference (10:30 a.m.): | Nov. 18, 2022 |

2.      On July 21, 2022, one of Defendants' counsel, who is one of two attorneys for Defendants with significant responsibilities in the case, including with

1

1  respect to the drafting of the motion for summary judgment coming due on Tuesday,

2  July 26, 2022, first tested positive for COVID.  At this time, the symptoms are

3  sufficiently severe requiring significant rest and the symptoms have impacted

4  counsel's ability to competently complete the necessary work to finalize the motion

5  for summary judgment and the necessary supplemental documents (*e.g.*, the

6  statement of uncontroverted facts, compendium of exhibits, and sealing

7  declarations) by Tuesday, July 26, 2022.  In light of these concerns, Defendants'

8  counsel reached out to Plaintiffs' counsel on July 21, 2022 to request that Plaintiffs

9  agree to extend the dispositive motion deadline and the deadline to serve initial

10  experts report by two weeks.   Plaintiffs agreed to the requested extension.

11  Defendants represent that an extension of two weeks of the dispositive motion

12  deadline is likely sufficient for counsel to fully recover and finalize Defendants'

13  motion for summary judgment and related documents for filing.  Because extending

14  the dispositive deadline will impact the remaining dates in the scheduling order, the

15  Parties respectfully request the remaining deadlines also be extended by two weeks.

16       3.    The scheduling order has been extended several times in this action.

17  The initial scheduling order was entered on April 8, 2020. Dkt. No. 71. Since then,

18  the Court has extended the case schedule as follows:

19  - On 9/8/2020, the Court extended the deadlines pertaining to Plaintiffs'
20    motion for class certification by approximately six months. Dkt. No. 152.

21  - On 3/22/2021, the Court entered an order extending the case schedule by
22    approximately four months. Dkt. No. 218.

23  - On 9/16/2021, the Court entered an order further extending the case
24    schedule by approximately three months. Dkt. No. 279.

25  - On 11/18/2021, the Court entered an order further extending the case
26    schedule by approximately two months. Dkt. No. 294.

27  - On 6/21/2022, the Court extended the fact discovery cutoff deadline by
28    three days (*i.e.*, from July 12, 2022 to July 15, 2022). Dkt. No. 369.

- On 7/11/2022, the Court extended the fact discovery cutoff date to August 12, 2022, solely with respect to the depositions of MC employees, Katsunobu Miyagoshi and Kosaku Tanaka. Dkt. No. 384.

NOW, THEREFORE, counsel for the Parties respectfully request that the Court enter an order setting the following deadlines:

| | |
|---|---|
| Last Day to File Dispositive Motions (Excluding Daubert Motions and all other Motions in Limine): | Aug. 9, 2022 |
| Last Day to Serve Initial Merits Expert Reports: | Aug. 9, 2022 |
| Last Day to Serve Rebuttal Merits Expert Reports: | Sept. 9, 2022 |
| Last Day to Conduct Settlement Proceedings: | Sept. 29, 2022 |
| Expert Discovery Cutoff: | Oct. 6, 2022 |
| Last Day to File Daubert Motions: * This deadline does not preclude the parties from filing Daubert motions earlier. | Oct. 13, 2022 |
| Last Day to File Other Motions in Limine (other than Daubert Motions) | Nov. 4, 2022 |
| Final Pretrial Conference (10:30 a.m.): | Dec. 2, 2022 |

Dated: July 22, 2022

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael L. Mallow*

Michael L. Mallow
Attorneys for Defendants

3

JOINT STIPULATION FOR ORDER EXTENDING REMAINING DEADLINES IN SCHEDULING ORDER BY TWO WEEKS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mazda Motor of America, Inc. d/b/a Mazda North American Operations and Mazda Motor Corporation

Dated: July 22, 2022

Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**


By: */s/ Melissa L. Troutner*
Joseph H. Meltzer
Melissa L. Troutner
Tyler S. Graden
Jordan E. Jacobson

**KIESEL LAW LLP**
Paul R. Kiesel
Jeffrey A Koncius
Cherisse H. Cleofe

**ROBBINS GELLER**
 **RUDMAN & DOWD LLP**
Robert M. Rothman
Philip Merenda

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode

**KEIL & GOODSON P.A.**
John C. Goodson
Matt Keil

**THE EDWARDS FIRM, P.L.L.C.**
Robert H. Edwards

Attorneys for Plaintiffs

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Michael L. Mallow*
Michael L. Mallow

5