1  Paul R. Kiesel, State Bar No. 119854
      kiesel@kiesel.law
2  Jeffrey A. Koncius, State Bar No. 189803
      koncius@kiesel.law
3  Cherisse H. Cleofe, State Bar No. 290152
      cleofe@kiesel.law
4  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
5  Beverly Hills, CA 90211-2910
   Tel:   310-854-4444
6  Fax:   310-854-0812

7  Attorneys for Plaintiffs and the Proposed Classes

8  (*Additional Attorneys Listed on Signature Page*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SONNEVELDT, ESTHER WRIGHT SCHNEIDER, BRIAN HUME, JEAN LEVASSEUR, CHRISTOPHER LACASSE, TIM HALWAS, ERIN MATHENY, LEWIS DELVECCHIO, JON SOWARDS, LAWRENCE BOHANA, MONIKA BOHANA, DAVID DENNIS, and JACQUELINE S. ASLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS and MAZDA MOTOR CORPORATION,<br><br>Defendants. | **Case No.: 8:19-cv-01298-JLS-KES**<br><br>**DECLARATION OF MELISSA L. TROUTNER IN SUPPORT OF PLAINTIFFS' MEMORANDUMS OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO EXCLUDE THE REPORT AND TESTIMONY OF DEFENDANTS' EXPERTS LARRY CHIAGOURIS, PH.D., VICTOR HAKIM, AND CORISSA LEE, PH.D.** |

# DECLARATION OF MELISSA L. TROUTNER

I, **MELISSA L. TROUTNER**, hereby declare as follows:

1. I am a partner in the law firm of Kessler Topaz Meltzer & Check, LLP, counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of the Plaintiffs' Memorandums of Points and Authorities in Support of Their Motions to Exclude the Expert Reports and Testimony of Defendants' Experts Larry Chiagouris, Ph.D., Victor Hakim, and Corrisa Lee, Ph.D.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Larry Chiagouris, Ph.D., dated May 18, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Larry Chiagouris, Ph.D., dated September 22, 2022

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Rebuttal Report of Larry Chiagouris, Ph.D., dated August 26, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Victor Hakim, dated May 20, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Victor Hakim, dated September 21, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Victor Hakim, Bates numbered HAKIM-0162-HAKIM-0164, which was marked as Exhibit 11 at the deposition of Victor Hakim on May 20, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Christopher Lacasse, dated April 12, 2022.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Rebuttal Report of Corissa Lee, Ph.D., dated August 26, 2022.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Corissa Lee, Ph.D., dated June 15, 2022.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Corissa Lee, Ph.D., dated September 20, 2022.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Christopher White, Ph.D., dated April 22, 2022.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by third-party Meccanotecnica Umbra at Bates number Meccanotecnica-000001, which was marked as Exhibit 5 at the deposition of Corissa Lee on June 15, 2022.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 29th day of September, 2022 at Exton, Pennsylvania.

_____
Melissa L. Troutner