**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SONNEVELDT, ESTHER WRIGHT SCHNEIDER, BRIAN HUME, JEAN LEVASSEUR, CHRISTOPHER LACASSE, TIM HALWAS, ERIN MATHENY, LEWIS DELVECCHIO, JON SOWARDS, LAWRENCE BOHANA, MONIKA BOHANA, DAVID DENNIS, and JACQUELINE S. ASLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS AND MAZDA MOTOR CORPORATION,<br><br>Defendants. | CASE NO. 8:19-cv-01298-JLS-KES<br><br>**ORDER APPROVING NOTICE OF CLASS CERTIFICATION TO CLASS MEMBERS** |

This matter comes before the Court on the parties' Joint Statement Regarding Proposed Form and Dissemination of Class Notice ("Joint Statement") (Doc. 524). The

Court has considered the Joint Statement and is otherwise fully advised of the grounds for the Joint Statement.

Having considered the Joint Statement, the Court HEREBY ORDERS THAT:

### I.  Class Notice Administrator

The Court hereby appoints JND Legal Administration to serve as the Class Notice Administrator for this matter. The Notice Administrator is given all necessary and appropriate authority to effectuate the Class Notice Plan. Specifically, the Court authorizes the Notice Administrator through data aggregators or otherwise, to request, obtain and utilize vehicle registration information from the Department of Motor Vehicles for California, Massachusetts, Michigan, Missouri, Ohio, Texas, and Virginia for the purposes of obtaining the identity of and contact information for current and former owners of Class Vehicles. Vehicle registration information includes, but is not limited to, owner name and address information, registration date, year, make, and model of the vehicle. The Notice Administrator shall undertake reasonable and appropriate measures to safeguard personal identifiable information for unintended disclosure. The Departments of Motor Vehicles are asked to cooperate with the Notice Administrator in complying with this Order Approving Class Notice Plan.

### II.  Form and Manner of Notice

The Court finds that the proposed form and manner of notice to class members satisfies the requirements of due process and comports with the mandates of Federal Rule of Civil Procedure 23(c)(2)(B). Therefore, the following plan for notice to class members is approved:

1. **Individual Notice by Direct Postal Mail**: The short form notice shall be sent by Plaintiffs through the Notice Administrator via U.S. mail to the address of each current and former owner of a Class Vehicle who registered their vehicles in

California, Massachusetts, Michigan, Missouri, Ohio, Texas, or Virginia (the seven states which have had a class certified), which addresses will be obtained by the Notice Administrator from the relevant agencies. The short form notice should not require class members who opt out to provide a Vehicle Identification Number (VIN), but may request a VIN from those members. Instead of the parties' proposed alternatives, the notice should state: "Your request must include your name and address, **and, if you are able to provide it, your Vehicle Identification Number (VIN)**. Your request must be signed, and mailed, postmarked no later than …"

2. **Individual Notice by Email**: The Notice Administrator shall send an email to each Class Member for whom an email address can be identified. The body of the email will include the contents of the revised short form notice.

3. **Dedicated Website**: A dedicated website shall be established by Plaintiffs through the Notice Administrator on which will be posted the long-form notice revised in the same manner as the short-form notice—i.e., requesting, but not requiring, opt-out class members to provide VIN numbers—as well as the Court's Order Granting Plaintiffs' Motion for Class Certification, the operative complaint, Defendants' answer thereto, instructions for the submission of an exclusion request and, to the extent relevant, future orders of the Court or future documents important to members of the Classes.

4. **Opt Out Deadline**: All requests for exclusion from the Class must be in writing and received by the Notice Administrator no later than 150 days from the issuance of this Notice Order, but not less than forty-five (45) days from the date that the Summary Notice is provided via first-class postal mail to exclude themselves from the Classes in the manner described in the Summary and Long Form Notices. The appropriate dates shall be inserted in the Summary and Long Form Notices once the date for issuance is determined.

5. **Attorney Appearances**: Any attorney hired by a Class Member must make their appearance in this case no later than 150 days from the issuance of this Notice Order.

6. **Non-Substantive Changes to Notices**: Non-substantive changes to the forms of notice approved in this Order may be made by Plaintiffs.

DATED: November 21, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE