UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERRY SONNEVELDT, et al., | Case No. 8:19-cv-01298-JLS-KES |
|---|---|
| Plaintiffs, | Assigned to: Hon. Josephine L. Staton |
| vs. | |
| MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS and MAZDA MOTOR CORPORATION, | **[PROPOSED] JUDGMENT** |
| Defendants. | Complaint Filed: June 28, 2019 |

JUDGMENT

# **JUDGMENT**

This action came on for hearing before the Court on January 6, 2023, the Honorable Josephine L. Staton, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been fully rendered on February 23, 2023, in favor of Defendants Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("MNAO") and Mazda Motor Corporation ("MC"), ECF No. 580,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Plaintiffs Esther Wright Schneider, Lawrence and Monika Bohana, Brian Hume, Jean Levasseur, Terry Sonneveldt, Jacqueline Aslan, Christopher Lacasse, David Dennis, Erin Matheny, Tim Halwas, Lewis Delvecchio, and Jon Sowards shall take nothing, the action is dismissed on the merits, judgment is entered in favor of MNAO and MC on all claims pending before the Court by all Plaintiffs remaining before the Court, and Defendants MNAO and MC shall be entitled to recover costs.

To recover costs, Defendants must, within 14 days after the entry of this judgment, file and serve a completed Form CV-59 "Application to the Clerk to Tax Costs" with supporting documents attached as exhibits.

Dated: _____

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE