# ATTACHMENT 2

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SONNEVELDT, et al., | Case No. 8:19-cv-01298-JLS-KES |
| Plaintiffs, | |
| vs. | |
| MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS and MAZDA MOTOR CORPORATION, | **JUDGMENT** |
| Defendants. | |

|   |   |
|---|---|
| 1 | **JUDGMENT** |
| 2 | This action came on for hearing before the Court on January 6, 2023, the |
| 3 | Honorable Josephine L. Staton, District Judge Presiding, on a Motion for Summary |
| 4 | Judgment, and the evidence presented having been fully considered, the issues having |
| 5 | been duly heard and a decision having been fully rendered on February 23, 2023, in |
| 6 | favor of Defendants Mazda Motor of America, Inc. d/b/a Mazda North American |
| 7 | Operations ("MNAO") and Mazda Motor Corporation ("MC"), (Doc. 580), |
| 8 | IT IS ORDERED, ADJUDGED, AND DECREED THAT: |
| 9 | Plaintiffs Esther Wright Schneider, Lawrence and Monika Bohana, Brian |
| 10 | Hume, Jean Levasseur, Terry Sonneveldt, Jacqueline Aslan, Christopher Lacasse, |
| 11 | David Dennis, Erin Matheny, Tim Halwas, Lewis Delvecchio, and Jon Sowards shall |
| 12 | take nothing, the action is dismissed on the merits, judgment is entered in favor of |
| 13 | MNAO and MC on all claims pending before the Court by all Plaintiffs remaining |
| 14 | before the Court, and Defendants MNAO and MC shall be entitled to recover costs. |
| 15 | To recover costs, Defendants must, within 14 days after the entry of this |
| 16 | judgment, file and serve a completed Form CV-59 "Application to the Clerk to Tax |
| 17 | Costs" with supporting documents attached as exhibits. |

DATED: March 4, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE