1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Darlene M. Cho (SBN 251167)
   dcho@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2121 Avenue of the Stars, Suite 1400
4  Los Angeles, CA 90067
   Telephone:  (424) 285-8330
5  Facsimile:  (424) 204-9093

6  Attorneys for Defendants
   Mazda Motor of America, Inc.
7  d/b/a Mazda North American Operations
   and Mazda Motor Corporation
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 | TERRY SONNEVELDT, et al.,            | Case No. 8:19-cv-01298-JLS-KES

12 |          Plaintiffs,                 | Assigned to: Hon. Josephine L. Staton

13 |          vs.                         | **DEFENDANTS' RENEWED APPLICATION TO THE CLERK TO TAX COSTS AGAINST PLAINTIFFS**

14 | MAZDA MOTOR OF AMERICA, INC.
   | D/B/A MAZDA NORTH AMERICAN
15 | OPERATIONS and MAZDA MOTOR
   | CORPORATION,
16

17 |          Defendants.                 | Complaint Filed: June 28, 2019

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND ALL ATTORNEYS OF RECORD:

Following the issuance of the Ninth Circuit's mandate related to Plaintiffs' appeal (Doc. 597), and pursuant to the Court's Order Denying Without Prejudice Mazda's Application to the Clerk to Tax Costs Against Plaintiffs (Doc. 592), ("MNAO") and Mazda Motor Corporation ("MC") submit this Renewed Application to the Clerk to Tax Costs for the same reasons and based on the same grounds set forth in their initial application (Doc. 583; *see also* Doc. 586).

Dated: February 6, 2025                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By: */s/ Michael L. Mallow*
Michael L. Mallow
*Attorneys for Defendants*

Mazda Motor of America, Inc.
d/b/a Mazda North American
Operations and Mazda Motor
Corporation